

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. WR-93,587-01

## IN RE TEXAS DEPARTMENT OF CRIMINAL JUSTICE PAROLE DIVISION, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### IN CAUSE NO. B18532 IN THE 198TH DISTRICT COURT
### FROM KERR COUNTY

*Per curiam.*

### OPINION

Relator filed a motion for leave to file and petition for writ of mandamus, pursuant to the original jurisdiction of this Court. The petition requests that we issue a writ of mandamus in the underlying case, ordering the district court to vacate its habeas order which directed Relator to withdraw its parole revocation warrant and dismiss the parole revocation proceedings against real party in interest, Marsha Renee Howell.

On March 30, 2022, this Court held this application in abeyance and invited the Honorable Honorable Rex Emerson to respond. Judge Emerson did not file a response.

We conditionally grant mandamus relief and direct the Respondent to vacate his order which directed Relator to withdraw its parole revocation warrant and dismiss the parole revocation proceedings against real party in interest. The writ of mandamus will issue only in the event the Respondent fails to comply within thirty days of the date of this opinion.

Filed: May 18, 2022
Do not publish